SHELDON EISENBERG (SBN 100626)
seisenberg@sullivantriggs.com
COURTNEY ELGART (SBN 344360)
celgart@sullivantriggs.com
Sullivan & Triggs, LLP
729 Montana Avenue, Suite 7
Santa Monica, California 90403
Telephone: (310) 451-8300
Facsimile: (310) 451-8303

JEAN RALPH FLEURMONT (SBN 368924)
jrfleurmont@sullivantriggs.com
STEPHANIE COMMAND (SBN 365997)
scommand@sullivantriggs.com
Sullivan & Triggs, LLP
200 Massachusetts Ave., 7th Floor
Washington, D.C. 20001

Attorneys for Plaintiffs
Robert Kirkman, *et al.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Robert Kirkman, et al.,<br>Plaintiffs,<br>v.<br>AMC Film Holdings LLC, et al.,<br>Defendants | Case No.: 2:22-cv-09101-FLA-AJR<br>Hon. Fernando L. Aenlle-Rocha<br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: November 14, 2022<br>FAC Filed: February 25, 2025 |



SULLIVAN & TRIGGS, LLP
Attorneys at Law
Santa Monica

## NOTICE OF SETTLEMENT

Plaintiffs Robert Kirkman, Robert Kirkman, LLC, Gale Anne Hurd, Valhalla Entertainment, Inc., David Alpert, Circle of Confusion Productions, LLC, New Circle of Confusion Productions, Inc., New Circle of Confusion Productions LLC, Charles Eglee, United Bongo Drum, Inc., Glen Mazzara, and 44 Strong Productions, Inc. (collectively, "Plaintiffs"), by and through their undersigned counsel of record, hereby notify this Court that the parties have executed a final settlement in this action.

Pursuant to their settlement agreement, Plaintiffs will be filing a stipulation to dismiss the action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii), within one business day of receiving a payment from Defendants, which Defendants must provide by September 18, 2026. The Plaintiffs respectfully request that the Court vacate all pre-trial deadlines in the interim.

Date: September 10, 2026

Respectfully submitted,

SULLIVAN & TRIGGS, LLP

By: */s/ Courtney Elgart*
Sheldon Eisenberg
Courtney Elgart
Stephanie Command
Jean Ralph Fleurmont

Attorneys for Plaintiffs
Robert Kirkman, *et al.*