SHELDON EISENBERG (SBN 100626)
seisenberg@sullivantriggs.com
COURTNEY ELGART (SBN 344360)
celgart@sullivantriggs.com
Sullivan & Triggs, LLP
729 Montana Avenue, Suite 7
Santa Monica, California 90403
Telephone: (310) 451-8300
Facsimile: (310) 451-8303

JEAN RALPH FLEURMONT (SBN 368924)
jrfleurmont@sullivantriggs.com
STEPHANIE COMMAND (SBN 365997)
scommand@sullivantriggs.com
Sullivan & Triggs, LLP
200 Massachusetts Ave., 7th Floor
Washington, D.C. 20001

Attorneys for Plaintiffs
Robert Kirkman, *et al.*

ORIN SNYDER (pro hac vice)
osnyder@gibsondunn.com
BRIAN C. ASCHER (pro hac vice)
bascher@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10116-0193
Telephone: 212.351.3989
Facsimile: 212.229.7520

ILISSA SAMPLIN, SBN 314018
isamplin@gibsondunn.com
DANIEL NOWICKI, SBN 304716
dnowicki@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2000 Avenue of the Stars, Suite 1200 N
Los Angeles, CA 90067-4700
Telephone: 310.552.8500

Attorneys for Defendants AMC Film Holdings LLC, *et al.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

Robert Kirkman, et al.,

Plaintiffs,

v.

AMC Film Holdings LLC, et al.,

Defendants

Case No.: 2:22-cv-09101-FLA-AJR

Hon. Fernando L. Aenlle-Rocha

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Complaint Filed: November 14, 2022

FAC Filed: February 25, 2025

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Robert Kirkman, Robert Kirkman, LLC, Gale Anne Hurd, Valhalla Entertainment, Inc., David Alpert, Circle of Confusion Productions, LLC, New Circle of Confusion Productions, Inc., New Circle of Confusion Productions LLC, Charles Eglee, United Bongo Drum, Inc., Glen Mazzara, and 44 Strong Productions, Inc. (collectively, "Plaintiffs"), and Defendants AMC Film Holdings, LLC, AMC Networks Inc., and AMC Network Entertainment LLC (collectively, "Defendants", and together with Plaintiffs, the "Parties"), by and through their undersigned counsel of record, hereby stipulate as follows:

1. The Parties have entered into a confidential Settlement Agreement fully and finally resolving the above-captioned action (the "Litigation").

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate to the dismissal of the Litigation with prejudice, including each and every claim and counterclaim asserted herein.

3. This Stipulation is signed by counsel for all parties who have appeared in the Litigation. Dismissal is therefore effective upon filing.

4. Each Party shall bear its own attorneys' fees and costs incurred in connection with the Litigation.

5. The Parties respectfully request that the Court vacate all pending dates and deadlines in the Litigation and direct the Clerk to close the file.

IT IS SO STIPULATED.

Date: September 17, 2026

Respectfully submitted,

SULLIVAN & TRIGGS, LLP

By: *\/s/ Courtney Elgart*
Sheldon Eisenberg
Courtney Elgart
Stephanie Command
Jean Ralph Fleurmont

Attorneys for Plaintiffs
Robert Kirkman, *et al.*

Date: September 17, 2026

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: *\/s/ Brian Ascher*
Ilissa Samplin
Daniel Nowicki
Orin Snyder
Brian C. Ascher

Attorneys for Defendants
AMC Film Holdings LLC, *et al.*

ECF Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i), Courtney Elgart hereby attests that concurrence in the filing of this document and its contents was obtained from all signatories listed above.

Date: September 17, 2026

SULLIVAN & TRIGGS, LLP

By: *\/s/ Courtney Elgart*
Courtney Elgart
Attorney for Plaintiffs